**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Andre MANIGAULT, Defendant—
Appellant.**

No. 04–7437.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 28, 2005.

Decided March 1, 2005.

Andre Manigault, Appellant pro se.
Mark C. Moore, Assistant United States
Attorney, Columbia, South Carolina, for
Appellee.

Before WILKINSON, LUTTIG, and
KING, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

Andre Manigault seeks to appeal the
district court's order denying relief on his
motion filed under 28 U.S.C. § 2255 (2000).
An appeal may not be taken from the final
order in a § 2255 proceeding unless a cir-
cuit justice or judge issues a certificate of
appealability. 28 U.S.C. § 2253(c)(1)
(2000). A certificate of appealability will
not issue absent "a substantial showing of
the denial of a constitutional right." 28
U.S.C. § 2253(c)(2) (2000). A prisoner sat-
isfies this standard by demonstrating that
reasonable jurists would find that his con-
stitutional claims are debatable and that
any dispositive procedural rulings by the
district court are also debatable or wrong.
*See Miller–El v. Cockrell,* 537 U.S. 322,
336, 123 S.Ct. 1029, 154 L.Ed.2d 931
(2003); *Slack v. McDaniel,* 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); *Rose v. Lee,* 252 F.3d 676, 683 (4th
Cir.2001). We have independently re-
viewed the record and conclude that Mani-
gault has not made the requisite showing.
Accordingly, we deny a certificate of ap-
pealability and dismiss the appeal. We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*DISMISSED*